# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | |
|---|---|
| HILMAR LEIBER,<br><br>      Plaintiff,<br><br>v.<br><br>ARBORETUM JOINT VENTURE, LLC, Et al.<br>      Defendants.<br><br>WACHOVIA BANK, N.A.,<br><br>      Third-Party Plaintiff,<br><br>v.<br><br>DRESDNER BANK, AG, Et al. | Civil Action No. 3:05-CV-305-H<br><br>ORDER FOR DISMISSAL WITHOUT PREJUDICE |

This matter comes before the Court upon motion of the plaintiff pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure for voluntary dismissal without prejudice of all claims in this action.

The plaintiff's motion is hereby GRANTED. It is, accordingly, hereby ORDERED, ADJUDGED AND DECREED that ALL CLAIMS in this action are hereby DISMISSED WITHOUT PREJUDICE.

This the 21st day of Oct., 2005.

_____
Honorable Carl Horn III